1 **SARA M. PELOQUIN**
California State Bar No. 254945
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467
4 Sara_Peloquin@fd.org

5 Attorneys for Mr. Rivera

8 UNITED STATES DISTRICT COURT

9 FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | Case No. 08MJ1337 |
| 12 Plaintiff, | ) ) | |
| 13 v. | ) ) | **NOTICE OF APPEARANCE** |
| 14 **DAVID RIVERA,** | ) ) | |
| 15 Defendant. | ) ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Sara M. Peloquin, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

Respectfully submitted,

Dated: May 1, 2008          /s/ *Sara Peloquin*
                            **SARA M. PELOQUIN**
                            Federal Defenders of San Diego, Inc.
                            Attorneys for Mr. Rivera

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated:  May 1, 2008         /s/  Sara Peloquin
**SARA M. PELOQUIN**
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
Sara_Peloquin@fd.org